E-FILED
Tuesday, 15 September, 2020  11:52:59 AM
Clerk, U.S. District Court, ILCD



U.S. Department of Justice
Federal Bureau of Prisons

*Federal Correctional Complex*
*Federal Medical Center*
*P.O. Box 1600*
*Butner, NC 27509*

September 9, 2020

Honorable Sara L. Darrow
Chief U.S. District Judge
Central District of Illinois
131 E. 4th Street
Davenport, Iowa 52801

CENTRAL DISTRICT OF ILLINOIS
U.S. DISTRICT COURT
CLERK OF THE COURT

SEP 1 4 2020

FILED

RE:   Harris, Richard J.
      Reg. No.: 19605-026
      Docket No.: 14-CR-40056-001

Dear Chief Judge Darrow:

This letter is to advise you Mr. Richard Harris, who was sentenced in your court in the Central District of Illinois on May 21, 2015, died at approximately 4:20 p.m. on Saturday, September 5, 2020. The cause of death was determined to be obstruction of right mainstream bronchus due to metastatic esophageal cancer.

Mr. Harris was serving a 121-month sentence for Attempted Enticement of a Minor. He had a projected release date of March 1, 2023, via Good Conduct Time Release.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

T. Scarantino
Complex Warden

cc:

John C. Milhiser, U.S. Attorney
U.S. Attorney's Office
1830 Second Avenue, Suite 250
Rock Island, Illinois 61201

Michael T. Martens, Chief U.S. Probation Officer
United States Probation Office
Post Office Box 4117
Rock Island, Illinois 61204-4117

J. C. Petrucci
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701

U.S. Department of Justice
Federal Bureau of Prisons

*Federal Correctional Complex*
*Butner, North Carolina 27509*

☐ Federal Medical Center
  P.O. Box 1600
☐ Federal Correctional Institution II
  P.O. Box 1500
☐ Federal Correctional Institution
  P.O. Box 1000
☐ Low Security Correctional Institution
  P.O. Box 999

Official Business

RALEIGH NC 275
11 SEP 2020 PM 5 L

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$000.500
MAILED FROM ZIP CODE 27509

Honorable Sara L. Darrow
Chief U.S. District Judge
Central District of Illinois
131 E. 4th Street
Davenport, Iowa 52801

52801-151599

RECEIVED
SEP 14 2020
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS